UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

IN RE:                                                            CASE NO.: 22-21913
CHAPTER 13

**Greg A. Zeman,**
   Debtor.

**Jennie L. Zeman,**
   Joint Debtor.

_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-26 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Robert Shearer, ESQ.**
**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                           Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                           Attorney for Secured Creditor
                                           130 Clinton Rd #202
                                           Fairfield, NJ 07004
                                           Telephone: 470-321-7112
                                           Facsimile: 404-393-1425

                                           By: _/s/Robert Shearer_
                                              Robert Shearer, Esquire
                                              Pennsylvania Bar No. 83745
                                              Email: rshearer@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 16, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:

GREG A. ZEMAN
5511 MERCEDES DRIVE
PITTSBURGH, PA 15236

JENNIE L. ZEMAN
5511 MERCEDES DRIVE
PITTSBURGH, PA 15236

And via electronic mail to:

KENNETH STEIDL
STEIDL & STEINBERG, SUITE 2830 GULF TOWER, 707 GRANT STREET
PITTSBURGH, PA 15219

KENNETH STEIDL
STEIDL & STEINBERG, SUITE 2830 GULF TOWER, 707 GRANT STREET
PITTSBURGH, PA 15219

RONDA J. WINNECOUR
SUITE 3250, USX TOWER 600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
1000 LIBERTY AVENUE SUITE 1316
PITTSBURGH, PA 15222

By: /s/ <Name>___
<Name>
Email: <email>