FILED
3/9/26 8:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In Re,<br><br>ENTRY OF APPEARANCE OF BRENT LEMON SUBSTITUING THE APPEARANCE OF KERI P. EBECK IN VARIOUS CASES | MISCELLANEOUS NO. 26-00201-GLT<br><br><br>Related to Docket No. 2 |
| --- | --- |

**ORDER**

And NOW, this _ 9th Day of March _____, 2026, in the United States Bankruptcy Court for the Western District of Pennsylvania, upon consideration of the Motion of Movants Brent Lemon and Keri P. Ebeck to substitute the appearance of Brent Lemon for that of Keri P. Ebeck for Duquesne Light Company and the City of Pittsburgh as listed in the attachment to the accompanying Motion as Exhibit A and for good cause shown it is:

ORDERED AND DECREED that the Motion is granted and that the appearance of Keri P. Ebeck is substituted by Brent Lemon as to Duquesne Light Company and the City of Pittsburgh in the list of cases attached to the Motion as Exhibit A.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court